IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SINCLAIR BROADCAST GROUP, INC.,   *

    Plaintiff   *

v.   *   Civil Action No.: MJG-03-341

MICHAEL DRAMAN,   *

    Defendant   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DISCLOSURE OF AFFILIATIONS
AND FINANCIAL INTERESTS**

Plaintiff, Sinclair Broadcast Group, Inc. ("SBG"), by and through its undersigned counsel and pursuant to L.R. 103.3 provides the following disclosure of affiliations and financial interests:

1.  Pursuant to L.R. 103.3(a), an alphabetical listing of the affiliates of SBG is attached as Exhibit A and a flow-chart depiction of the relationships between and among SBG and its affiliates is attached as Exhibit B.

2.  Pursuant to L.R. 103.3(b), SBG states that it is not aware that any corporation, unincorporated association, partnership or other business entity has any financial interest in the outcome of this lawsuit.

Respectfully submitted,

/S/
_____
Severn E.S. Miller, Fed Bar No. 11617
THOMAS & LIBOWITZ, P.A.
100 Light Street, Suite 1100
Baltimore, Maryland 21202-1053
Voice: 410-752-2468
Fax:   410-752-2046

Attorneys for Plaintiff,
Sinclair Broadcast Group, Inc.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of March, 2003, the foregoing Disclosure of Affiliations and Financial Interests, with Exhibits, was filed electronically pursuant to the stated e-filing procedures of this Court. Pursuant to those procedures, all other counsel are to receive copies electronically via the Court's e-filing system.

/S/
_____
Severn E.S. Miller