# SINCLAIR BROADCAST GROUP, INC.
## CORPORATE INFORMATION CHART
(by Alphabetical Order)
### UPDATED February 20, 2003

F:\COMMON\CLIENTS\Open\005704\207\Misc\Corporate Chart for SBG.doc

| Name | Date Incorporated | State Incorporated | Address |
|---|---|---|---|
| Acrodyne Communications, Inc. | 5/3/91 | DE | N/A |
| Birmingham (WABM-TV) Licensee, Inc. | 8/13/97 | MD | See Operating Entity |
| Channel 33, Inc. | June 16, 1987 | NV | See operating entity (Montecito) |
| Chesapeake Television, Inc. | 6/23/88 | MD | WBFF/WUNV – 2000 W. 41st Street, Balt. MD 21211
KABB/KRRT – 4335 NW Loop 410, San Antonio, TX 78229
KOVR – 2713 KOVR Drive, W. Sacramento, CA 95605
WLOS – 288 Macon Avenue, Asheville, NC 28804
WFBC – 100 Verdae Boulevard, Greenville, SC 29607 |
| Chesapeake Television Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| FSF-TV, Inc. | 6/25/91 | NC | 3012 Highwoods Blvd., Suite 101, Raleigh, NC 27604 |
| G1440, Inc. (f/k/a NetFanatics, Inc.) | 4/27/98 | MD | 10260 East Old Columbia Road, Suite G, Columbia, MD 21046 |
| KABB Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| KBSI Licensee L.P. | 6/20/95 | VA | See Operating Entity |
| KDNL Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| KDSM, Inc. | 4/22/96 | MD | 4023 Fleur Drive Des Moines, IA 50321 |
| KDSM Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| KETK Licensee L.P. | 7/9/96 | VA | KETK-TV – 4300 Richmond Rd., Tyler-Longview, TX 75703 |
| KGAN Licensee, LLC | 2/23/99 | MD | N/A |
| KLGT, Inc. (formerly known as Lakeland Group Television, Inc.) | 10/18/91 | MN | 1640 Como Avenue St. Paul, MN 55108 |
| KLGT Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| KOCB, Inc. (formerly known as Superior Communications of Oklahoma, Inc.) | 1/28/94 | OK | 1501 NE 85th Street Oklahoma City, OK 73131 |

**EXHIBIT A**

1

| Name | Date Incorporated | State Incorporated | Address |
|---|---|---|---|
| KOCB Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| KOKH Licensee, LLC | 11/12/99 | MD | N/A |
| KOKH, LLC | 2/11/03 | NV | N/A |
| KSMO, Inc. | 7/28/93 | MD | 10 E. Cambridge Circle Dr., Suite 300, Kansas City, MO 66103 |
| KSMO Licensee, Inc. | 12/8/95 | DE | See Operating Entity |
| KUPN Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| Montecito Broadcasting Corporation | 9/17/97 | DE | 3830 South Jones Blvd. Las Vegas, NV 89103 |
| New York Television, Inc. | 8/8/2000 | MD | See operating entity (WNYO, Inc.) |
| Raleigh (WRDC-TV) Licensee, Inc. | 8/13/97 | MD | See Operating Entity |
| San Antonio (KRRT-TV) Licensee, Inc. | 8/13/97 | MD | See Operating Entity |
| SCI-Indiana Licensee, LLC | 8/13/98 | MD | N/A |
| SCI-Sacramento Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| Sinclair Acquisition IV, Inc. (formerly known as WDBB, Inc.) | 9/25/95 | MD | N/A |
| Sinclair Acquisition VII, Inc. | 11/15/99 | MD | N/A |
| Sinclair Acquisition VIII, Inc. | 11/15/99 | MD | N/A |
| Sinclair Acquisition IX, Inc. | 11/15/99 | MD | N/A |
| Sinclair Acquisition X, Inc. | 11/15/99 | MD | N/A |
| Sinclair Acquisition XI, Inc. | 11/15/99 | MD | N/A |
| Sinclair Acquisition XII, Inc. | 01/05/00 | DE | N/A |
| Sinclair Acquisition XIII, Inc. | 7/1/02 | DE | N/A |
| Sinclair Acquisition XIV, Inc. | 7/1/02 | DE | N/A |
| Sinclair Acquisition XV, Inc. | 7/1/02 | DE | N/A |
| Sinclair Broadcast Group, Inc. | 11/19/86 | MD | 10706 Beaver Dam Road Cockeysville, MD 21030 |
| Sinclair Capital (Delaware Statutory Trust) | N/A | DE | 10706 Beaver Dam Road Cockeysville, MD 21030 |
| Sinclair Communications, Inc. | 4/8/96 | MD | 10706 Beaver Dam Road Cockeysville, MD 21030 |
| Sinclair Communications II, Inc. | 6/2/95 | DE | 10706 Beaver Dam Road Cockeysville, MD 21030 |
| Sinclair Finance Holdings, LLC | 12/31/02 | MN | N/A |
| Sinclair Finance, LLC | 12/21/00 | MN | N/A |

| Name | Date Incorporated | State Incorporated | Address |
|---|---|---|---|
| Sinclair Holdings I, Inc. (f/k/a Max Radio, Inc.) | 8/31/92 | VA | N/A |
| Sinclair Holdings II, Inc. (f/k/a MTR Holding Corp) | 12/5/95 | VA | N/A |
| Sinclair Holdings III, Inc. (f/k/a Max Investors, Inc.) | 2/5/97 | VA | N/A |
| Sinclair Media I, Inc. (formerly known as WPGH, Inc.) | 8/22/91 | MD | WPGH & WCWB – 750 Ivory Avenue, Pittsburgh, PA 15241<br>KDNL – 1215 Cole Street, St. Louis, MO 63106 |
| Sinclair Media II, Inc. (formerly known as WTTE, Channel 28, Inc.) | 3/3/83 | MD | WTTE – 6130 Sunbury Road, Westerville, OH 43081<br>WSYX – 1261 Dublin Road, Columbus, Ohio 43215<br>WEAR – 4990 Mobile Highway, Pensacola, FL 32506<br>KVWB – 920 South Commerce, Las Vegas, NV 89106 |
| Sinclair Media III, Inc. (formerly known as WSTR, Inc.) | 7/28/93 | MD | WSTR-TV – 5177 Fishwick Drive Cincinnati, OH 45216<br>WCHS-TV – 1301 Piedmont Road, Charleston, WV 25339 |
| Sinclair NewsCentral, LLC | 5/24/02 | MD | N/A/ |
| Sinclair Programming Company, LLC | 2/11/03 | MD | N/A |
| Sinclair Properties, LLC | 12/11/95 | VA | WSYT-TV & WNYS-TV 1000 James Street, Syracuse NY 13203<br>KBSI-TV & WDKA-TV 806 Enterprise, Cape Girardeau, MO 63703<br>WEMT-TV – 3206 Hanover Road, Johnson City, TN 37602<br>KLSB-TV - 204 West Main Street Nacogdoches, TX 75961<br>WKEF-TV - 1731 Soldiers Home Road, Dayton, OH 45418 |
| Sinclair Properties II LLC (f/k/a Max Media Properties II, LLC) | 12/5/97 | VA | |
| Sinclair Radio of Buffalo, Inc. | 4/22/96 | MD | N/A |
| Sinclair Radio of Greenville Licensee, Inc. | 4/24/96 | DE | N/A |
| Sinclair Radio of Kansas City Licensee, LLC | 8/13/98 | MD | N/A |

3

| Name | Date Incorporated | State Incorporated | Address |
|---|---|---|---|
| Sinclair Radio of Memphis, Inc. | 4/22/96 | MD | N/A |
| Sinclair Radio of Memphis Licensee, Inc. | 4/24/96 | DE | N/A |
| Sinclair Radio of New Orleans, LLC | 8/13/98 | MD | N/A |
| Sinclair Radio of St. Louis, Inc. | 4/22/96 | MD | N/A |
| Sinclair Radio of St. Louis Licensee, LLC | 8/13/98 | MD | N/A |
| Sinclair Television Company, Inc. | 12/9/86 | DE | WMSN – 7847 Big Sky Dr., Madison, WI 53719<br>WUHF – 360 East Ave. Rochester, NY 14604 |
| Sinclair Television Company II, Inc. f/k/a Sullivan Broadcasting Company II, Inc. | 3/17/98 | DE | N/A |
| Sinclair Television of Buffalo, Inc. | 8/9/89 | DE | WXLV – 3500 Myer Lee Drive Winston-Salem, NC 27101<br>WUTV – 951 Whitehaven Road Grand Island NY 14072 |
| Sinclair Television of Charleston, Inc. | 8/21/87 | DE | WTAT – 4301 Arco Lane Charleston, SC 29418<br>WRLH – 1925 Westmoreland St. Richmond, VA 23230 |
| Sinclair Television of Dayton, Inc. | 11/6/81 | DE | 45 Broadcast Plaza Dayton, OH 45408 |
| Sinclair Television of Nashville, Inc. | 6/25/75 | TN | WZTV – 631 Mainstream Drive Nashville, TN 37228<br>WVAH – 11 Broadcast Plaza Hurricane, WV 25526 |
| Sinclair Television of Nevada, Inc. | 5/4/93 | NV | N/A |
| Sinclair Television of Oklahoma, Inc. | 7/24/97 | DE | 1228 E. Wilshire Blvd Oklahoma City, OK 73111 |
| Sinclair Television of Tennessee, Inc. | 5/15/96 | DE | 631 Mainstream Drive Nashville, TN 37228 |
| Sinclair Television License Holder, Inc. | 12/16/97 | NV | N/A |
| Sinclair Ventures, Inc. | 11/18/99 | MD | N/A |
| Synergy Brands Inc. | 09/26/88 | DE | N/A |
| Tuscaloosa Broadcasting, Inc. | 8/14/95 | MD | N/A (owns some real property) |
| WCGV, Inc. | 7/22/93 | MD | WCGV & WTTV – 4041 N. 35th Street Milwaukee, WI 43216 |
| WCGV Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WCHS Licensee, LLC | 8/13/98 | MD | See Operating Entity |

4

| Name | Date Incorporated | State Incorporated | Address |
|---|---|---|---|
| WCWB Licensee, LLC | 11/12/99 | MD | N/A |
| WDKY, Inc. (formerly known as Superior Communications of Kentucky, Inc.) | 12/3/93 | DE | Chevy Chase Plaza 836 Euclid Avenue Lexington, KY 40502 |
| WDKY Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WEAR Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WEMT Licensee L.P. (f/k/a Max Television of Tri-Cities L.P.) | 12/20/95 | VA | N/A |
| WGGB, Inc. (formerly known as Sinclair Radio of Albuquerque, Inc.) | 4/22/96 | MD | 1300 Liberty Street Springfield, MA |
| WGGB Licensee, LLC | 4/24/99 | MD | See Operating Entity |
| WGME, Inc. (formerly known as WSYX, Inc.) | 4/22/96 | MD | See Operating Entity |
| WGME Licensee, LLC | 2/24/99 | MD | See Operating Entity |
| WICD Licensee, LLC | 2/24/99 | MD | N/A |
| WICS Licensee, LLC | 2/24/99 | MD | N/A |
| WKEF Licensee L.P. (f/k/a Max Television of Dayton, L.P.) | 6/24/95 | VA | See Operating Entity |
| WLFL, Inc. | 8/3/94 | MD | WLFL – 3012 Highwoods Blvd Suite 101, Raleigh NC 27604 |
| WLFL Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WLOS Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WMMP Licensee L.P. | 4/29/96 | VA | See Operating Entity |
| WMSN Licensee, LLC | 1/23/02 | NV | See Operating Entity |
| WNYO, Inc. (f/k/a Grant Television, Inc.) | 12/23/94 | DE | WNYO-TV - 699 Hartel Ave., Suite 100, Buffalo, NY 14207 |
| WPGH Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WRDC, LLC | 2/11/03 | NV | N/A |
| WRGT Licensee, LLC | 6/1/02 | NV | NA |
| WRLH Licensee, LLC | 1/23/02 | NV | N/A |
| WSMH, Inc. | 7/19/95 | MD | 3463 W. Pierson Road Flint, MI 48504 |
| WSMH Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WSTR Licensee, Inc. | 12/11/95 | MD | See Operating Entity |
| WSYT Licensee L.P. | 12/27/93 | VA | See Operating Entity |

5

| Name | Date Incorporated | State Incorporated | Address |
|---|---|---|---|
| WSYX Licensee, Inc. | 5/12/98 | MD | See Operating Entity |
| WTAT Licensee, LLC | 6/17/02 | NV | N/A |
| WTTO, Inc. | 7/22/93 | MD | 651 Beacon Parkway West Birmingham, Al 35209 |
| WTTO Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WTVZ, Inc. | 9/9/94 | MD | 900 Granby Street Norfolk, VA 23510 |
| WTVZ Licensee, LLC | 8/13/98 | MD | See Operating Entity |
| WTWC, Inc. | 2/26/99 | MD | 8440 Deer Lake Road Tallahassee, Florida |
| WTWC Licensee, LLC | 2/24/99 | MD | See WTWC, Inc. |
| WUHF Licensee, LLC | 1/3/02 | NV | See Operating Entity |
| WUPN Licensee, LLC | 11/24/99 | MD | See Operating Entity |
| WUTV Licensee, LLC | 1/23/02 | NV | N/A |
| WUXP Licensee, LLC | 11/24/99 | MD | See Operating Entity |
| WVAH Licensee, LLC | 6/17/02 | NV | N/A |
| WVTV Licensee, Inc. | 8/13/97 | MD | See Operating Entity |
| WXLV Licensee, LLC | 1/23/02 | NV | N/A |
| WYZZ, Inc. | 1/4/96 | MD | 2714 E. Lincoln Street Bloomington, IL 61704 |
| WYZZ Licensee, Inc. | 1/5/96 | DE | See Operating Entity |
| WZTV Licensee, LLC | 1/23/02 | NV | See Operating Entity |

6