# Sinclair Broadcast Group, Inc.
## Organizational Chart
### As of February 20, 2003
*CHART I*

**Unrestricted Subsidiaries**

- Acrodyne Communications, Inc. — A Delaware Corporation — 5/3/91 (82.43% interest)
  - WVTV Licensee, Inc. — A Maryland Corporation — 08/13/97 (WVTV License)
    - Sinclair Acquisition VII, Inc. — A Maryland corporation — 11/15/99
  - Raleigh (WRDC-TV) Licensee, Inc. — A Maryland Corporation — 8/13/97 (WRDC License)
    - Sinclair Acquisition VIII, Inc. — A Maryland corporation — 11/15/99
  - Birmingham (WABM-TV) Licensee, Inc. — A Maryland Corporation — 08/13/97 (WABM License)
    - Sinclair Acquisition IX, Inc. — A Maryland corporation — 11/15/99
  - San Antonio (KRRT-TV) Licensee, Inc. — A Maryland Corporation — 08/13/97 (KRRT License)
    - Sinclair Acquisition X, Inc. — A Maryland corporation — 11/15/99
    - Sinclair Acquisition XI, Inc. — A Maryland corporation — 11/15/99
    - Sinclair Acquisition XII, Inc. — A Delaware corporation — 11/15/99
    - Sinclair Acquisition XIII, Inc. — A Maryland corporation — 7/1/02
  - Sinclair Acquisition XIV, Inc. — A Maryland corporation — 7/1/02
    - Sinclair Acquisition XV, Inc. — A Maryland corporation — 7/1/02

**Sinclair Broadcast Group, Inc.** — A Maryland Corporation — Incorporated on 11-19-86

- **Sinclair Ventures, Inc.** — a Maryland corporation — 11/18/99
  - CHATFISH INC. — a Georgia Corporation (7.44% interest)
  - Visionair, Inc. — a North Carolina Corporation (4.58% interest)
  - Appforge, Inc. — a Georgia Corporation (3.27% interest)
  - Synergy Brands Inc. — a Delaware corporation — 9/26/88 (16.3% interest)
  - G1440, Inc. (f/k/a NetFanatics) — a Maryland corporation — 4/27/98 (82.5% interest)
  - Howstuffworks.com, Inc. — a Delaware Corporation (4.87% interest)

- Sinclair Communications, Inc. — A Maryland Corporation — Incorporated on 4-8-96 — **FOR SUBSIDIARIES OF SINCLAIR COMMUNICATIONS, INC. SEE *CHART II***
- Sinclair Communications II, Inc. — A Delaware Corporation — Incorporated on 6/2/95 — **FOR SUBSIDIARIES OF SINCLAIR COMMUNICATIONS II, INC. SEE *CHART III***
- Sinclair Television Company II, Inc. f/k/a Sullivan Broadcasting Company II, Inc. — A Delaware Corporation — Incorporated 3/17/98
- Sinclair Programming Company, LLC — A Maryland Limited Liability Company — Formed 2/11/03

**EXHIBIT B**



# Sinclair Broadcast Group, Inc.
## Organizational Chart
## As of February 2003
### CHART III

**Sinclair Communications II, Inc.**
DE - 6-2-95

**Sinclair Television Company, Inc.**
DE - 12-9-86
WMSN - Madison, WI
WUHF - Rochester, NY

**WUHF Licensee, LLC**
NV - 1/3/02
(to acquire WUHF License from BS&L)

**WMSN Licensee, LLC**
NV - 01/23/02
WMSN License

**Sinclair Television of Nevada, Inc.**
NV
No Stations

**Sinclair Television of Oklahoma, Inc**
(f/k/a Sullivan Broadcasting of Oklahoma City, Inc.)
DE - 7/24/97
KOKH - Oklahoma City

**KOKH Licensee, LLC**
MD - 11/12/99
KOKH License

**Sinclair Television License Holder, Inc.**
(f/k/a Sullivan Broadcasting License Holder, Inc.)
NV - 12/16/97
No Assets

Ownership percentages: 85.2%, 1.8%, 1.8%, 3.7%, 5.5%, 1.8%

**Sinclair Television of Buffalo, Inc.**
(f/k/a Sullivan Broadcasting of Buffalo, Inc.)
DE - 8/9/89
WXLV - Winston-Salem
WUTV - Grand Island, NY

**Sinclair Television Nashville, Inc.**
(f/k/a Sullivan Broadcasting of Nashville, Inc.)
TN - 6/25/75
WZTV - Nashville
WVAH - Hurricane, WV

**Sinclair Television of Charleston, Inc.**
(f/k/a Sullivan Broadcasting of Charleston, Inc.)
DE - 8/21/87
WTAT - Charleston, SC
WRLH - Richmond

**Sinclair Television of Dayton, Inc.**
(f/k/a Sullivan Broadcasting of Dayton, Inc.)
DE - 11/6/81
WRGT - Dayton

**WUPN Licensee, LLC**
MD - 11/24/99
WUPN License

**WXLV Licensee, LLC**
NV - 1/23/02
WXLV License

**WUTV Licensee, LLC**
NV - 1/23/02
WUTV License

**Sinclair Television of Tennessee, Inc.**
(f/k/a Sullivan Broadcasting of Tennessee, Inc.)
DE - 5/15/96
WXUP - Nashville

**WVAH Licensee, LLC**
NV - 6/17/02

**WZTV Licensee, LLC**
NV - 1/23/02
WZTV License

**WUXP Licensee, LLC**
MD - 11/24/99
WUXP License

**WRLH Licensee, LLC**
NV - 1/23/02
WRLH License

**WTAT Licensee, LLC**
NV - 6/17/02

**WRGT Licensee, LLC**
NV - 6/17/02