## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * |
| Plaintiff | * |
| v. | *    Civil Action No.: MJG-03-341 |
| MICHAEL DRAMAN, | * |
| Defendant | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION FOR SUMMARY JUDGMENT
## OF SINCLAIR BROADCAST GROUP, INC.

Plaintiff, Sinclair Broadcast Group, Inc. ("SBG"), by and through its undersigned counsel, moves, pursuant to Fed.R.Civ.P. 56 for summary judgment against Defendant, Michael Draman ("Draman"), and for reasons states the following:

1.    There is no genuine issue of material fact and SBG is entitled to the entry of summary judgment in its favor as a matter of law.

2.    As is set forth more fully in the supporting Memorandum of Law, which is incorporated herein by reference, Draman entered into a written loan agreement (the "CreditLine Agreement") with NationsBank, N.A. ("NationsBank").    NationsBank advanced funds to Draman.    In or about June, 2002, Draman ceased any making payments to NationsBank in accordance with the CreditLine Agreement.    By a Loan Sale Agreement dated as of December 16, 2002, SBG purchased all of NationsBank's rights and interests in connection with the CreditLine Agreement.    The Loan Sale Agreement was consummated on December 19, 2002. SBG paid NationsBank the full amount of principal and interest Draman owed as of December

19, 2002, which amounted to $201,910.69. By virtue of this transaction, SBG succeeded to all of NationsBank's rights and interests in connection with the CreditLine Agreement.

3.     Pursuant to the CreditLine Agreement, SBG is entitled to judgment against Draman in the amount of $201,910.69, plus prejudgment interest from December 19, 2002, post-judgment interest, late fees, a reasonable attorneys' fee of 15% or such higher amount as may be awarded by the Court, together with collection costs and the costs of this action, as provided in the CreditLine Agreement.

4.     These damages, which are set forth more fully in the exhibits to the memorandum of law in support of motion for summary judgment, amount to $235,414.14 as of April 4, 2003.

WHEREFORE, Plaintiff, Sinclair Broadcast Group, Inc. moves for the entry of summary judgment in its favor in the amount of $235,414.14, plus additional prejudgment interest from April 4, 2003 to the date of judgment at the rate of 4.5% per annum, plus postjudgment interest at the rate of 4.5% per annum, plus all costs of collection, plus any additional court costs.


_____/S/_____
Severn E. S. Miller, Fed. Bar No. 11617
THOMAS & LIBOWITZ, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland  21202
Voice: (410) 752-2468
Fax:    (410) 752-2046

Attorney for Plaintiff,
Sinclair Broadcast Group, Inc.


**REQUEST FOR HEARING**

Sinclair Broadcast Group, Inc. respectfully requests that the Court schedule a hearing on this motion.

_____/S/_____
Severn E.S. Miller

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 3d day of April, 2003, a copy of the foregoing Motion for Summary Judgment of Plaintiff, Sinclair Broadcast Group, Inc., and the memorandum in law in support thereof, with exhibits and proposed order were filed electronically pursuant to the stated e-filing procedures of this Court. Pursuant to those procedures, all other counsel are to receive copies electronically via the Court's e-filing system.



_____/S/_____
Severn E. S. Miller