IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * |
| Plaintiff | * |
| v. | *  Civil Action No.: MJG-03-341 |
| MICHAEL DRAMAN, | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF BARRY M. FABER

1. My name is Barry M. Faber. I am over eighteen years of age and am competent to testify as to the matters set forth herein.

2. I am Vice President and General Counsel of Sinclair Broadcast Group, Inc. ("SBG").

3. A true and accurate copy of the NationsBank Premium CreditLine$^{sm}$ Agreement and Disclosure Statement between Draman and NationsBank, N.A ("NationsBank") establishing a line of credit, Account No. 00519940142496 (the "Account"), is attached to SBG's Memorandum of Law in Support of Motion for Summary Judgment as Exhibit B.

4. A true and accurate copy of the Account Transaction History with respect to the Account is attached to SBG's Memorandum of Law in Support of Motion for Summary Judgment as Exhibit C.

5. A true and accurate copy of NationsBank's notice to Draman dated as of November 11, 2002 is attached to SBG's Memorandum of Law in Support of Motion for Summary Judgment as Exhibit D.

**EXHIBIT A**

6. A true and accurate copy of the Loan Sale Agreement between SBG and NationsBank dated as of December 16, 2002 is attached to SBG's Memorandum of Law in Support of Motion for Summary Judgment as Exhibit E.

7. A spreadsheet calculating the total amount of damages as of April 4, 2003 is attached to SBG's Memorandum of Law in Support of Motion for Summary Judgment as Exhibit G.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

April 1, 2003

*Barry M. Faber*
Barry M. Faber
Vice President and General Counsel
Sinclair Broadcast Group, Inc.
10706 Beaver Dam Road
Cockeysville, MD 21030