**NationsBank**
NATIONSBANK, N.A.

**NationsBank Premium CreditLine Agreement and Disclosure Statement**

| Account Number | Date |
|---|---|
| 60000000519840142486 | 05/08/97 |

Borrower Name(s) and Address
MICHAEL DRAMAN

8480 MISTWATER CLOSE

ROSWELL    GA    30076-3288

| Credit Line Amount | Index | Margin Above the Index | Initial Annual Percentage Rate | Initial Daily Periodic Rate |
|---|---|---|---|---|
| $200,000.00 | WALL STREET JOURNAL PRIME | 0.25000% | 8.750% | 0.02397% |
| | (as defined in Section 8) | (as defined in Section 8) | (as defined in Section 8) | (as defined in Section 8) |

(In this NationsBank Premium CreditLine Agreement and Disclosure Statement (the "Agreement"), the words "you" and "your" refer to all persons who signed an application for the Account (as defined in section 1) or who benefited from the use of the Account and the undersigned borrower(s). The words "we", "us" and "our" mean NATIONSBANK, N.A.    Section captions are for convenience only and do not form part of this Agreement.)

**1. What Are the Terms of the Account?**   You accept and agree to all of the following terms that apply to your Premium CreditLine account (the "Account"). You represent and warrant to us that at the time of each transaction involving the Account (a "transaction") you have the intent and financial capacity to fully pay for that transaction and the Account in accordance with this Agreement. You agree to pay for all Advances (as defined in section 4), all Finance Charges (as defined in section 7), all Fees (as defined in section 10) and any other charge or obligation required of you under this Agreement. You certify to us that all information you provided or furnished to us in your application is correct and you allow us to confirm that information. You agree to provide us with a complete and accurate financial statement, including tax returns, or other financial information within thirty (30) days of our request. You may use the Account special checks issued under this Agreement (a "Special Check") when you receive them. This Agreement constitutes the entire understanding and agreement between the parties as to the matters set forth in this Agreement and supersedes all prior understandings and correspondence, oral or written, with respect to the subject matter hereof.

The Account and all transactions will not be used for business, commercial or agricultural purposes unless your request was specifically for business purpose credit. However, if you did use the Account for any of those purposes, you will be liable to us immediately and without any exception, and we will not be responsible, for any claims (complaints) or defenses you may have against the seller of goods or services honoring the Account.

**2. How Does the CreditLine Work?**   We will establish a credit line (the "Line") for you. We may increase or decrease the amount of the Line as we deem appropriate. The amount of the Line is indicated at the top of this Agreement and on your periodic billing statement (the "Statement"). The Line is the maximum amount that you can have outstanding on the Account at any time. If a transaction occurs that would exceed the available Line, we may approve or deny the transaction. If a transaction causes the Line to be exceeded, upon our request you will immediately pay the amount that exceeds the Line. We are not required to pay a Special Check or allow an Advance that would cause the Line to be exceeded nor will we be liable for doing so. You may request a change to the Line by contacting us. If you request the Line be increased either permanently or temporarily, we may do so at our sole discretion.

**3. How is Overdraft Protection Set Up and Used?**   If the Account is not blocked, suspended or terminated, you must request that the Account be set up to provide overdraft protection for an associated checking or Money Market Savings Account. If the total amount of checks, debit card or automated teller machine ("ATM") transactions or other debits for a business day exceeds the available associated account balance, then an Advance will be made from the Account ("Overdraft Protection"). If the Account is used for Overdraft Protection, the minimum transfer amount is one hundred dollars ($100) and incremental transfer amounts will be in multiples of one hundred dollars ($100). However, if there is not $100 available, but the available Line can cover the overdraft transaction, then the amount of the available Line will be advanced to cover the overdraft. If the associated account is closed or blocked, Overdraft Protection will stop.

**4. How is the Available Line Accessed?**   If the Account is not blocked, suspended or terminated, you can access the available Line by receiving money at our banking centers, by writing a Special Check, by conducting an Overdraft Protection transaction, by conducting a NationsBank ATM transaction (linked to a NationsBank account) or by calling Customer Service at 1-800-235-8844 and requesting an Advance be made (according to the procedures existing at that time) with the funds deposited to a NationsBank account (each, an "Advance"). We will not be liable if any merchant, financial institution or ATM refuses to honor the Account, a Special Check or a request for an Advance. If someone you authorize to use the Account obtains an Advance, the legal effect will be the same as if the Advance was made to you.

If you requested that the Account be connected to or "linked" to another NationsBank product, you understand and agree that a user on the "linked" account can make a transaction that exceeds the available balance on the "linked" account and cause an Advance to be made. Also, if an ATM access card is given to a user on the "linked" account, that user when using the ATM access card may access the Account and obtain an Advance without making a transaction directly on the "linked" account. That user may or may not be a party obligated for this Account unless the user applied for this Account.

**5. How Are Special Checks Used?**   You may write a Special Check like a regular personal check, however there are some differences. You (a) may not make a payment on the Account with a Special Check, (b) will not hold us liable if we try to "stop payment" on a Special Check and we are unable to do so, (c) cannot get a Special Check "certified", and (d) may not "postdate" a Special Check (if a Special Check is postdated we are not liable if paid before the date). You may try to stop payment on a Special Check by notifying Customer Service at 1-800-235-8844. Your stop payment order will remain in effect for six (6) months unless renewed. Special Checks will not be returned to you.

**6. How Much is the Total Minimum Payment Due and When and Where is It Due?**

**A. When will a Statement be Sent?**   Each month, on a date selected by us, you will be sent a Statement as of the closing date of the billing cycle for that month (unless otherwise not required by law, if the Account is "charged-off" as a loss or if we do not have a current address for you). The Statement will show the new balance of the Account (which, if applicable, includes principal, accrued interest on the outstanding principal, Fees and any voluntary insurance, the "Outstanding Balance"), the Total Minimum Payment Due (see section B) and the due date for our receipt of the payment (which will be within twenty-five (25) days after the close of the Statement period). If you do not pay at least the Total Minimum Payment Due in any billing cycle, the next required payment will also include all past due amounts. You may request a change of the due date by contacting us.

**B. What will the Total Minimum Payment Due Be?**   The Total Minimum Payment Due is equal to the Minimum Payment and any past due amounts from prior billing periods. The Total Minimum Payment Due will not be less than the amount of accrued interest and any voluntary insurance, plus any unpaid Fees. At any time you may pay more than the Total Minimum Payment Due, make additional payments or pay in full or in part the Outstanding Balance. Payment of an amount greater than the Total Minimum Payment Due will not cause a subsequent billing to be suspended or waived if there is still an Outstanding Balance. We reserve the right to apply payments in any manner we choose, without notice.

**Minimum Payment** - Depending on what payment schedule option you choose, the Minimum Payment may vary.    **EXHIBIT B**

**Monthly Payment Options:**

**Interest Only (Minimum Payment) Option** - The Minimum Payment will be the amount of accrued interest, plus any voluntary insurance and unpaid Fees.

**3.0% of Outstanding Balance Option** - The Minimum Payment will be three percent (3.0%) of the Outstanding Balance plus any unpaid Fees, or fifty dollars ($50), whichever is greater, or the Outstanding Balance if less than $50.

**Fixed Payment Option** - The Minimum Payment will be at least three percent (3.0%) of the Line plus any unpaid Fees, or fifty dollars ($50) whichever is greater, or the Outstanding Balance if less than $50.

**Quarterly Payment Options:**

**Interest Only Option** - The Minimum Payment will be the amount of accrued interest and unpaid Fees.

**9.0% of Outstanding Balance Option** - The Minimum Payment will be nine percent (9.0%) of the Outstanding Balance plus any unpaid Fees, or one hundred fifty dollars ($150), whichever is greater, or the Outstanding Balance if less than $150.

**Fixed Payment Option** - The Minimum Payment will be at least nine percent (9.0%) of the Line plus any unpaid Fees, or one hundred fifty dollars ($150) whichever is greater, or the Outstanding Balance if less than $150.

**C. When and Where Should a Payment be Sent?** All payments need to be made by check or money order (drawn in U.S. dollars and payable through a U.S. financial institution or the U.S. Post Office) made payable to us. Include the bottom portion of the Statement with each payment (if you do not have the bottom portion write the Account number on the payment to help us properly apply the payment) and send all payments to the location specified on the Statement. For a payment to be credited as of the Account on the same business day received, it must be received by 2:00 P.M. at the location specified, or if the payment is made at a NATIONSBANK, N.A. Maryland banking center, by 2:00 P.M. (Business days are Monday through Friday, exclusive of legal holidays.) If a payment is received by us at any other location, including a payment received under our arrangement with a NationsBank Corporation affiliate bank to accept payments from its customers or at a NationsBank ATM or is made in a form other than a check or money order, the payment may not be credited to the Account for up to five (5) days. If the due date falls on a Saturday, Sunday or legal holiday, the due date will not be extended and if we do not receive the payment at the address specified on the Statement on or before the due date the payment will be considered late.

**D. Can an Automatic Payment be Made From Your Account?** If you choose to have payments made from a designated account and have arranged with us to do so, we will automatically draft the Total Minimum Payment Due. Drafts will be made on the payment due date or immediately after the payment due date (if the payment due date is on a Saturday, Sunday or legal holiday). If your designated account does not contain the payment amount due, you understand that it is your obligation to make such manual payment for the full payment. Even if you make a manual payment an automatic payment will still be drafted from your designated account, unless you make such manual payment for the full payment due at least three (3) business days prior to the due date; however, if you make less than a full manual payment at least three (3) business days prior to the due date, only the remaining amount currently due will be drafted. To stop an automatic draft, you must contact us at least three (3) business days prior to the scheduled payment draft date.

**E. What Happens if a Payment is Marked "Payment in Full" or is not Complete?** We may accept late payments, partial payments or checks and money orders marked "payment in full" (or similar notations) or payments accompanied by a letter stating that our acceptance of the payment indicates our agreement to the terms set forth in the letter without giving up, waiving or losing any of our rights under law or under this Agreement.

**F. Can a Payment be Skipped?** From time to time we may offer, at our discretion, a feature that will allow you to skip one or more payments. Finance Charges will continue to accrue on the principal balance at the applicable Interest rate. At the end of the skip payment period, the payment terms of this Agreement will be reinstated automatically without further notice.

**7. How is the Finance Charge Calculated?** The cost of the credit through the Premium CreditLine is disclosed as a Finance Charge. Interest will not accrue until an Advance is made. You will pay interest on each Advance until it is fully paid off. We will determine the **FINANCE CHARGE** for each monthly billing period by using the following simple interest rate calculation. A **FINANCE CHARGE** is calculated daily by multiplying the Daily Periodic Rate (set forth in section 8) by the daily principal balance. To get the daily principal balance we (i) take the beginning principal balance for that day (which excludes accrued interest, unpaid Fees and any voluntary insurance), (ii) add to that amount all Advances for that day, then (iii) subtract all principal balance payments and credits for that day. All of the daily **FINANCE CHARGES** for the monthly billing cycle are added, with any transaction charges, to get the total **FINANCE CHARGE** for the monthly billing cycle.

**8. What Rate is Used to Calculate the Finance Charge?**

A. The initial Daily Periodic Rate used to compute the **FINANCE CHARGE** (as indicated at the top of this Agreement) is 1/365 of the initial **ANNUAL PERCENTAGE RATE** (as indicated at the top of this Agreement), which is the Index (as defined below) plus the Margin (as defined below). Finance Charges will accrue on an actual 365 day/year basis (366 day/year basis for leap years). If, however, you participate in a relationship account with a NationsBank Corporation affiliate (as offered from time to time), the Daily Periodic Rate and the **ANNUAL PERCENTAGE RATE** may be reduced below the rates stated above. The addition of a Fee may cause the actual Annual Percentage Rate for that monthly billing cycle to exceed the Annual Percentage Rate stated above.

B. The **ANNUAL PERCENTAGE RATE** is a variable rate based on one of the two index options that you choose from (as indicated at the top of this Agreement, the "Index") plus the margin (as indicated at the top of this Agreement, the "Margin"). (1) The first Index option is the "Prime Rate" as published daily in the "Money Rates" table of The Wall Street Journal. If the Prime Rate is published as a range of rates, the Index will be the highest Prime Rate published. Changes in the Annual Percentage Rate will be based on the Index published the last business day prior to the first day of the next monthly billing cycle. (2) The second Index option is the "Treasury Bills - 26 Weeks" rate as published daily in the "Money Rates" table of The Wall Street Journal. Changes in the Annual Percentage Rate will be based on the Index published the last business day prior to the first day of the next monthly billing cycle, plus the Margin, and will be effective on the first day of the next monthly billing cycle. If at anytime you elect to change the Index, the Margin will also be changed to reflect the Margin then offered for that Index and will be effective the first day of the next billing cycle.

C. If the Index is unavailable for any monthly billing cycle, we will use the Index for the most recent preceding monthly billing cycle in which the Index was available. If the Index ceases to be published during the term of this Agreement, we will select a substitute index and margin. The substitute index will have a historical movement substantially similar to the Index, and the substitute index and margin will result in an Annual Percentage Rate at the time it is substituted that is substantially similar to the rate in effect at the time the Index became unavailable.

D. The Annual Percentage Rate may increase or decrease as the Index increases or decreases. Any increase or decrease in the Index that occurs would cause a corresponding increase or decrease in the Daily Periodic Rate, Annual Percentage Rate, Finance Charges and possibly, the Total Minimum Payment Due. There is no limitation on the size of any interest rate adjustment or the number of interest rate adjustments that may be made on the Account. You understand that adjustments based on an Index change will be applied automatically to the Account and you will not receive advance notice of that adjustment.

**9. Is There a Grace Period to Pay for an Advance to Avoid Paying Finance Charges?** For any Advance there is no grace period and there is no period in which you can pay back an Advance to avoid incurring Finance Charges. An Advance accrues Finance Charges from the date of the Advance until the date it is paid in full. The principal balance shown on the Statement. For a Special Check, the date of the Advance is the date the Special Check is presented to us or our agent for payment. For all other Advances, the date of the Advance is the date you obtained the Advance.

**10. Are There Other Fees or Charges That Could Be Charged?** The following fees and charges ("Fees") may be imposed if applicable. If imposed, the Fee is added to the Account without incurring a Finance Charge. Annual Fee - There is no annual fee. Returned Check Payment Charge - fifteen dollars ($15.00) for each check dishonored upon our second presentment. Late Payment Fee - Five percent (5%) of the unpaid portion of the Total Minimum Payment Due not received within ten (10) days after the due date. Attorneys' Fees and Collection Costs - You will be responsible for our reasonable attorneys' fees (if we refer the Account to any attorney for collection who is not our salaried employee), equal to fifteen percent (15%) of the Outstanding Balance or such higher amount as a court may deem reasonable or such maximum amount as may be provided by applicable law if lower, plus all other costs of collection and any court costs as awarded by the court. Miscellaneous Charges - To the extent allowed by applicable law, any other amount incident to the application for and the opening, administration and termination of the Account, including, but not limited to, reinstatement of Account privileges, processing of non-conforming payments, processing and additional expenses (if an Advance occurs in a foreign country, express courier charges, taxes, etc.).

Page 2 of 4

and any penalties or interest thereon, imposed on this Agreement or on any transaction effected pursuant to this Agreement. We may advance any such cost or tax and any penalty or interest thereon. To the extent allowed by applicable law, we may increase any or all of the Fees described above by twenty percent (20%) of the existing Fee each calendar year

**11. Can the Terms of the Account Be Changed and Will They Apply to the Outstanding Balance?** We may change any term of this Agreement including, but not limited to, the Annual Percentage Rate and the amount of the Fees, at any time without notice or right to cancel the Account, except as may be required by applicable law. If applicable law requires us to send you written notice of any change, the change will become effective as provided in our notice. Any changed term including any increase or decrease in the Annual Percentage Rate, the Finance Charge or a Fee will apply to any new Advance and to the Outstanding Balance from the effective date of the change, whether or not the Outstanding Balance included items posted to the Account before the change date and whether or not you continue to use the Account, in accordance with applicable law

**12. Can We Suspend Your Use of the Account?** We have the right to suspend the making of transactions under this Agreement regardless if we do not send you notice or, if sent, you do not receive notice of the suspension. You will continue to be bound to pay the Outstanding Balance under the terms of this Agreement until paid in full.

**13. How Can the Account Be Blocked or Terminated?** Both you and we may block or terminate the Account and this Agreement at any time without reason by notifying the other in writing (unless you are in default, in which case you may not receive notice). If this is a joint Account, any (either) of you may give us written notice without the others of you, and we may block or terminate the use by all (both) of you. We will act on your notice within a reasonable period after we receive it but we will not be liable to you for any failure or delay. Upon termination, you will immediately destroy all unused Special Checks. However, unless you are in default (and we have declared all amounts owed on the Account to be immediately due and payable), you will continue to pay the Outstanding Balance under the terms of this Agreement until paid in full; however, subject to the following two provisions (i) If the Account is blocked (but not terminated), then we reserve the right to immediately or at any time thereafter (if the Account is still blocked) change the payment option from an Interest Only Option to (at our discretion) either a Percentage (%) of Outstanding Balance Option or a Fixed Payment Option, or (ii) If the Account is blocked (and is to be terminated), then the payment option is immediately changed from an Interest Only Option to (at our discretion) either a Percentage (%) of Outstanding Balance Option or a Fixed Payment Option

**14. What Causes a Default of This Agreement?** If (a) you fail to make the Total Minimum Payment Due by the due date, (b) you break or do not meet any condition of this Agreement, (c) you default in the payment of any other loan or account with us or any NationsBank Corporation affiliate or subsidiary, (d) you die or become insolvent or bankrupt, (e) you fail to provide complete and accurate financial information within thirty (30) days after a request by us or any NationsBank Corporation affiliate or subsidiary, (f) any financial information you gave us or had furnished to us in connection with the Account is incorrect or misleading, (g) any judgment is entered against you, (h) any of your deposit or money market accounts is attached or levied upon, (i) we believe in good faith that the chances of you paying or meeting all of the conditions of this Agreement have been impaired, (j) If you are a corporation, partnership limited liability company, association or other duly organized business entity and you should be dissolved, liquidated, terminated, merged (and not be the surviving entity) or otherwise fail to maintain good standing in all states in which you do business, or (k) If any of the events described in this section occurs with respect to any guarantor of this Agreement, then you will be in default of this Agreement. If you are in default we may do any or all of the following (i) except if your only default is the type described in the clause lettered (i) above, declare all amounts owing on the Account to be immediately due and payable in one payment without notice, (ii) refuse to pay any transaction, (iii) close or terminate the Account or reduce the amount of the Line, (iv) request you destroy all Special Checks, (v) withdraw from or setoff accounts you may have with us in accordance with section 15, (vi) allow you to pay the Outstanding Balance on the terms as would be in effect for the Account if the Agreement was not in default (subject, however, to our right to immediately change the payment option from an Interest Only Option to (at our discretion) either a Percentage (%) of Outstanding Balance Option or a Fixed Payment Option), or (vii) bring legal action against you. All of our rights and remedies are cumulative and may be pursued singularly, successively or together, at our option.

If we bring legal action against you, the interest rate in effect at the time legal action is commenced shall be used to establish any post judgment award of interest, unless prohibited by applicable law. If we referred collection of the Account to a lawyer or have to determine the non-dischargeability of the Account debt in a bankruptcy court, you will pay our reasonable attorneys' fees plus court costs and all other fees as allowed by law

**15. If You Are in Default, Can We Take Money Out of Your Accounts?** You agree and authorize us, to the extent allowed by applicable law, to charge, withdraw or setoff all sums owed on the Account upon an event of default occurring against any of your deposits and accounts or securities now or hereafter in the possession of or on deposit with us or any NationsBank Corporation affiliate or subsidiary including without limitation all accounts held jointly with someone else and all accounts you may open in the future (excluding all IRA, Keogh and trust accounts) without prior notice to or demand to you. You hereby grant to us a contractual possessory security interest in, and hereby assign, convey, deliver, pledge and transfer all of your right, title and interest in such accounts.

**16. Who Is Responsible for Paying the Amount Owed on the Account?** All persons on the Account may use the Account and are jointly and individually bound and liable for payment of the entire Outstanding Balance, despite who received the benefit of the Account or who conducted any transaction (including any party not on the Account but authorized by you to use the Account through any access feature). Each of you may conduct transactions on the Account without us requiring the others' consent or approval. A default by you or any of you (if this is a joint Account) will be a default by all of you. We may collect from or bring legal action against any of you (if this is a joint Account) without giving up any of our rights against any other person on the Account. A court decree for divorce or separation or a non court approved mutual agreement does not affect, eliminate or reduce any person's liability for the Outstanding Balance since we are not a party to the decree or to the agreement. You agree to indemnify and hold us harmless against liability for the payment of any recordation or transfer tax, including interest and penalties (if applicable), which may be determined to be payable with respect to this Agreement or the Account. If this Agreement or the Account represents a renewal, modification, extension, substitution or consolidation of an obligation owned to us, then you acknowledge and agree that there are no claims, setoffs, avoidances, counterclaims or defenses or rights to claims, setoffs, avoidances, counterclaims or defenses to payment or enforcement of the prior obligation.

**17. Will Collection Calls Be Made If the Account Is in Default?** You agree that if this Agreement is in default, including the failure to make the Total Minimum Payment Due by the due date, you will accept calls regarding the collection of the Account at your residence and place of employment. The calls can be automatically dialed and a recorded message may be played. You agree such calls will not be "unsolicited" calls for purposes of any federal, state or local law.

**18. Are Telephone Calls Monitored?** To improve customer service and security, telephone communications with you may be monitored and recorded. You agree that monitoring or recording may be done and that no additional notice to you or additional approval from you is needed.

**19. Is Credit Life Insurance Available?** Credit life insurance is available for you to purchase provided you meet the age and other requirements as set forth in your application for insurance. If you choose a quarterly billing option, credit life insurance is not available. Credit life insurance is not required to be applied for or be approved for the Account to be opened nor is it required to keep the Account open. If you choose to purchase the credit life insurance available for the Account, you will receive a certificate of insurance that will detail restrictions. You can stop being insured any time by providing written notice to us at the address shown in the section titled "Notify Us In Case of Errors or Questions About Your Account"; however, you still must pay any insurance premiums which have accrued prior to cancellation.

If the primary Account customer or secondary Account customer is sixty-five (65) years of age or younger at the time of Account application he/she may apply for credit life insurance. Insurance coverage will stop automatically for any insured person on the night prior to the insured's 66th birthday. If joint insurance is selected and coverage is terminated for any Account customer, coverage will also be terminated for all other Account customers. The insurance premium will be calculated daily based on the Account principal balance and will be billed to the Account monthly.

**20. Where Will Statements, Notices and Special Checks Orders Be Sent?** We will send Statements, notices or Special Check orders to you at the address shown in our records. All Statements and notices regarding the Account can be given to you or any of you (if this is a joint Account) and any action taken or agreement made by you or any of you (if this is a joint Account) shall bind all of you (if this is a joint Account). You will promptly notify us of any change in your name, address or employment. You agree that we may renew, modify, substitute, consolidate or extend (repeatedly and for any length of time) this Agreement, or release any of you (if this is a joint Account) or any guarantor and take any action deemed necessary by us without the consent or notice to anyone other than the party with whom the modification is made.

**21. Are Your Payments Tax Deductible?** It is your sole and exclusive responsibility to determine any and all aspects of federal, state and local tax considerations relating to the deduction of interest and costs incurred on the Account for taxation purposes. You should consult a tax advisor regarding the deductibility of interest and costs incurred under this Agreement. We have not provided and do not provide tax advice of any kind

**22. Can Account Information Be Exchanged or Released?** You authorize us, our parent company NationsBank Corporation, and NationsBank Corporation's affiliates and subsidiaries to, (a) obtain other information deemed necessary concerning the granting and maintaining of the Account, including the obtaining of credit bureau and other reports concerning your credit experience and other information from credit reporting agencies, creditors, any department of motor vehicles or similar state agency, your employer (past, present and future) and other persons (and all such entities may release and/or verify such information to us at any time without notification to you or your consent), (b) release Account information to comply with any served subpoena, summons or order issued by any state or federal agency or court, (c) share application and Account credit experience with credit reporting agencies and other creditors reasonably believed to be doing business with you, (d) provide information about your application, the Account and you to each other, (e) provide application and Account information to account information services, and (f) provide application and Account Information to any third party who is reasonably believed to be conducting an inquiry according to the Federal Fair Credit Reporting Act or any similar state law.

**23. Can the Account Be Assigned or Transferred?** We may assign or transfer to another person or entity the Account (or any part of it including Outstanding Balance) or this Agreement at any time. The person or entity to whom we transfer or assign the Account or this Agreement will have all of our rights us this Agreement. You cannot assign or transfer any of your rights or responsibilities under this Agreement or any part of the Account. This Agreement is binding on heirs and legal representatives.

**24. What Happens If Part of This Agreement is Found to Violate Law or is Unenforceable?** The invalidity or unenforceability of any provision this Agreement will not affect the validity or enforceability of any other provision of this Agreement. Notwithstanding any other provision contained in this Agreement, do not intend to charge, and you shall not be required to pay, any amount of Finance Charge or Fee more than the maximum permitted by applicable law. Any payment excess of the maximum shall be refunded to you or credited against principal, at our option.

**25. Can Any Rights Be Waived or Lost?** We may delay or waive enforcement of any provision of this Agreement without losing our rights to enforce it or a other provision later. You waive the right of notice of any waiver or delay of presentment, demand, protest, or dishonor. Any applicable statute of limitations and any rig you may have to require us to proceed against you or any one of you (if this is a joint Account) before we bring legal action against you, to the extent such right may legally waived. You agree to be liable for the repayment of everything owed on the Account even if we do not follow all of the legal procedures (such as diligence, deman presentment and notice or protest of dishonor) which we might be required to follow without this waiver. In addition you consent to any continuance that we may give wi respect to the date a payment is due or the amount of payment that in any way may impair any of our rights under this Agreement.

**26. What If Something on the Statement is Wrong?** As provided in the "Your Billing Rights" section which follows, you have certain rights if there is a error on the Statement or if you have a question about the Statement. A billing error on a Statement is generally (a) an Advance not authorized by you, (b) an item whic you cannot identify, (c) a credit that does not appear on the Statement, or (d) an accounting error. Be sure to meet the time frame (60 days after we sent you the Statemen reflecting the alleged error) and other requirements set forth below in more detail.

**27. What Law Governs the Account and This Agreement?** This Agreement and use of any Special Check or the Account shall be governed solely by an interpreted entirely in accordance with the laws of the State of Maryland unless such laws are superseded by the banking laws of the United States, regardless of where you reside. Without limiting the foregoing, we elect to extend credit under Subtitle 9 of Title 12 of the Co    rcial Law Article of the Maryland Annotated Code. We will proces the Account application, make the decision to open the Account and make Advances for you from     Maryland offices. You agree that all terms and conditions of thi Agreement including the applicable law provision, Fees, charges, provisions relating to the method of    e computation and charging of Finance Charges shall be deemed to be material to the determination of interest.

I hereby waive the right to trial by jury in any action brought on this Agreement or the Account or on any other matter arising in connection with this Agreement or the Account.

Any litigation arising out of or relating to this Agreement or the Account shall be commenced and conducted in the courts of the State of Maryland for the counties or the Federal Courts for the districts in Maryland where NATIONSBANK, N.A. _____ maintains offices and conducts banking business.

**Your Billing Rights**
**Keep This Notice for Future Use.**
This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us in Case of Errors or Questions about Your Account.**
If you think a Statement is wrong, or if you need more information about a transaction on a Statement, write us on a separate sheet of paper (do not write on the Statement). Write us at:
NationsBank Customer Service
P.O. Box 27025
Richmond, Virginia 23228

Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first Statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
* Your name and account number.
* The dollar amount of the suspected error.
* Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your Statement automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice.**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the Account Statement was correct. After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your Account Statement that are not in question.

If we find that we made a mistake on your Account Statement, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due. If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your Account Statement. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your Account Statement was correct.

THE UNDERSIGNED BORROWER(S) AGREE TO THE TERMS OF THIS AGREEMENT AND ACKNOWLEDGE THAT I/WE HAVE RECEIVED A FULL AND COMPLETE COPY OF THIS AGREEMENT (REGARDLESS IF MY/OUR SIGNATURE(S) APPEAR(S) ON THE COPY).

X _____ (Seal)
Borrower's Signature
MICHAEL DRAMAN
Borrower's Name (Print or Type)

_____ (Seal)
Borrower's Signature

_____
Borrower's Name (Print or Type)

_____ (Seal)
Borrower's Signature

_____
Borrower's Name (Print or Type)