**Bank of America.**

for BANK OF AMERICA, N.A.

12/16/02

MICHAEL DRAMAN
2104 CLIMBING IVY DR

TAMPA, FL 33618

Bank of America
PO Box 21846
Greensboro, NC 27420-1846

Fax   336.805.1752
Fax   336.805.1763

Re:  Account Number:  00519940142496

Dear MICHAEL DRAMAN,

Per your request, the following is a breakdown of the outstanding balance on the above referenced account:

```
Principal:   $195,688.84
Interest:    $6,114.61
Costs:       $0.00

Payoff:      $201,803.45
```

All payments should be mailed to:  BANK OF AMERICA, N.A. P.O. Box 21846, NC4-105-02-77, Greensboro, NC 27420.  The per diem is $26.81   and interest will accrue daily until your next payment.

Please contact me if you have any questions or if I can be of further assistance.

Sincerely,

Jeremy Cecil

JEREMY CECIL
RECOVERY ANALYST
800/475-2025,. EXT. 6155
L168

EXHIBIT C



**Bank of America**

## Account Transaction History

11/29/02

Customer Name – Michael Draman
Account Number – 00519940142496

Original Amount
Origination Date 4/4/1997

Maturity Date 12/31/9999
Interest Rate 5.000000

Next Payment Due 12/1/2002

| Effective Date | Posting Date | Transaction Description | Activity Amount | Principal | Interest | Misc/Fees | Balance |
|---|---|---|---|---|---|---|---|
| 04/16/97 | 04/16/97 | Balance Advance | 50,000.00 | 50,000.00 | | | 50,000.00 |
| 05/12/97 | 05/12/97 | Balance Advance | 75,000.00 | 75,000.00 | | | 125,000.00 |
| 05/28/97 | 05/28/97 | Regular Pmt | 263.69 | | 263.69 | | 125,000.00 |
| 06/25/97 | 06/25/97 | Regular Pmt | 827.06 | | 827.06 | | 125,000.00 |
| 08/07/97 | 08/07/97 | Regular Pmt | 928.94 | | 928.94 | | 125,000.00 |
| 09/03/97 | 09/03/97 | Regular Pmt | 928.00 | | 928.00 | | 125,000.00 |
| 10/07/97 | 10/07/97 | Payment Reversal | 928.00 | | 928.00 | | 125,000.00 |
| 10/07/97 | 10/07/97 | Payment | 928.00 | | 928.00 | | 125,000.00 |
| 09/04/97 | 09/04/97 | Balance Advance | 7,500.00 | 7,500.00 | | | 132,500.00 |
| 10/01/97 | 10/01/97 | Regular Pmt | 905.30 | | 905.30 | | 132,500.00 |
| 10/02/97 | 10/02/97 | Balance Advance | 7,500.00 | 7,500.00 | | | 140,000.00 |
| 10/15/97 | 10/15/97 | Balance Advance | 5,000.00 | 5,000.00 | | | 145,000.00 |
| 10/20/97 | 10/20/97 | Regular Pmt | 995.46 | | 995.46 | | 145,000.00 |
| 11/26/97 | 11/26/97 | Balance Advance | 7,500.00 | 7,500.00 | | | 152,500.00 |
| 11/28/97 | 11/28/97 | Regular Pmt | 1,034.42 | | 1,034.42 | | 152,500.00 |
| 12/18/97 | 12/18/97 | Balance Advance | 1,528.50 | 1,528.50 | | | 154,028.50 |
| 01/12/98 | 01/12/98 | Fee Assessed | 54.96 | | | 54.96 | 154,028.50 |
| 01/13/98 | 01/13/98 | Regular Pmt | 1,100.00 | | 1,100.00 | | 154,028.50 |
| 02/05/98 | 02/05/98 | Regular Pmt | 1,141.00 | | 1,141.00 | | 154,028.50 |
| 02/12/98 | 02/12/98 | Balance Advance | 10,000.00 | 10,000.00 | | | 164,028.50 |
| 03/09/98 | 03/09/98 | Regular Pmt | 1,200.00 | | 1,200.00 | | 164,028.50 |
| 03/27/98 | 03/27/98 | Balance Advance | 10,000.00 | 10,000.00 | | | 174,028.50 |
| 04/06/98 | 04/06/98 | Regular Pmt | 1,202.19 | 112.00 | 1,035.23 | | 173,916.50 |
| 04/16/98 | 04/16/98 | ATM Advance | 500.00 | 500.00 | | | 174,416.50 |
| 04/20/98 | 04/20/98 | ATM Advance | 500.00 | 500.00 | | | 174,916.50 |
| 04/27/98 | 04/27/98 | ATM Advance | 300.00 | 300.00 | | | 175,216.50 |
| 04/27/98 | 04/27/98 | Balance Advance | 3,917.00 | 3,917.00 | | | 179,133.50 |
| 04/28/98 | 04/28/98 | Balance Advance | 7,000.00 | 7,000.00 | | | 186,133.50 |
| 04/29/98 | 04/29/98 | Regular Pmt | 1,206.00 | | 1,206.00 | | 186,133.50 |

If you wish to pay off your account, you must obtain current account payoff information. Please call 800.299.BANK

Page 1 of 4

**Bank of America.**

## Account Transaction History

11/29/02

**Customer Name – Michael Draman**
**Account Number – 0051994014 2496**

| Original Amount | | Maturity Date 12/31/9999 | | Next Payment Due 12/1/2002 |
|---|---|---|---|---|
| Origination Date 4/4/1997 | | Interest Rate 5.000000 | | |

| Effective Date | Posting Date | Transaction Description | Activity Amount | Principal | Interest | Misc/Fees | Balance |
|---|---|---|---|---|---|---|---|
| 04/30/98 | 04/30/98 | Balance Advance | 500.00 | 500.00 | | | 186,633.50 |
| 04/30/98 | 04/30/98 | Balance Advance | 5,000.00 | 5,000.00 | | | 191,633.50 |
| 05/05/98 | 05/05/98 | Balance Advance | 1,052.00 | 1,052.00 | | | 192,685.50 |
| 05/05/98 | 05/05/98 | Balance Advance | 750.00 | 750.00 | | | 193,435.50 |
| 06/11/98 | 06/11/98 | Fee Assessed | 66.85 | | | 66.85 | 193,435.50 |
| 06/25/98 | 06/25/98 | Regular Pmt | 3,000.00 | 205.00 | 2,728.15 | | 193,230.50 |
| 07/30/98 | 07/31/98 | Regular Pmt | 1,500.00 | 63.12 | 1,436.88 | | 193,167.38 |
| 08/03/98 | 08/03/98 | ATM Advance | 250.00 | 250.00 | | | 193,417.38 |
| 08/20/98 | 08/20/98 | ATM Advance | 4,000.00 | 4,000.00 | | | 197,417.38 |
| 08/25/98 | 08/25/98 | Regular Pmt | 1,500.00 | 63.84 | 1,436.16 | | 197,353.54 |
| 09/29/98 | 09/29/98 | Regular Pmt | 1,500.00 | 91.93 | 1,408.07 | | 197,261.61 |
| 11/03/98 | 11/03/98 | Regular Pmt | 1,500.00 | 33.56 | 1,466.44 | | 197,228.05 |
| 12/07/98 | 12/07/98 | ATM Advance | 300.00 | 300.00 | | | 197,528.05 |
| 12/11/98 | 12/15/98 | Regular Pmt | 1,400.00 | | 1,400.00 | | 197,528.05 |
| 12/28/98 | 12/28/98 | Regular Pmt | 1,500.00 | 139.89 | 1,360.11 | | 197,388.16 |
| 12/29/98 | 12/29/98 | Regular Pmt | 1,500.00 | 1,500.00 | | | 195,888.16 |
| 01/25/99 | 01/25/99 | Regular Pmt | 1,500.00 | 161.52 | 1,338.48 | | 195,726.64 |
| 02/26/99 | 02/26/99 | Balance Advance | 300.00 | 300.00 | | | 196,026.64 |
| 03/08/99 | 03/08/99 | Regular Pmt | 1,300.00 | | 1,300.00 | | 196,026.64 |
| 03/08/99 | 03/08/99 | ATM Advance | 300.00 | 300.00 | | | 196,326.64 |
| 04/05/99 | 04/06/99 | Regular Pmt | 1,400.00 | 167.70 | 1,232.30 | | 196,158.94 |
| 04/28/99 | 04/28/99 | Regular Pmt | 1,300.00 | 9.15 | 1,290.85 | | 196,149.79 |
| 06/11/99 | 06/11/99 | Fee Assessed | 66.64 | | | 66.64 | 196,149.79 |
| 06/28/99 | 06/28/99 | ATM Advance | 300.00 | 300.00 | | | 196,449.79 |
| 06/30/99 | 06/30/99 | Regular Pmt | 1,300.00 | | 1,300.00 | | 196,449.79 |
| 07/12/99 | 07/19/99 | Fee Assessed | 64.49 | | | 64.49 | 196,449.79 |
| 08/02/99 | 08/02/99 | Regular Pmt | 1,400.00 | | 1,400.00 | | 196,449.79 |
| 08/11/99 | 08/11/99 | Fee Assessed | 62.80 | | | 62.80 | 196,449.79 |
| 09/03/99 | 09/08/99 | Regular Pmt | 2,800.00 | | 2,632.43 | | 196,449.79 |

If you wish to pay off your account, you must obtain current account payoff information. Please call 800.299.BANK

**Bank of America**

## Account Transaction History

Customer Name – Michael Draman  
Account Number – 0051994014 2496

Original Amount  
Origination Date 4/4/1997

Maturity Date 12/31/9999  
Interest Rate 5.000000

Next Payment Due 12/1/2002

11/29/02

| Effective Date | Posting Date | Transaction Description | Activity Amount | Principal | Interest | Misc/Fees | Balance |
|---|---|---|---|---|---|---|---|
| 10/06/99 | 10/06/99 | Regular Pmt  | 1,500.00 | 141.55 | 1,332.09 |       | 196,308.24 |
| 11/08/99 | 11/08/99 | Regular Pmt  | 1,418.14 |        | 1,418.14 |       | 196,308.24 |
| 12/02/99 | 12/02/99 | Regular Pmt  | 1,400.00 | 28.53  | 1,371.47 |       | 196,279.71 |
| 12/31/99 | 12/31/99 | Regular Pmt  | 1,420.00 | 2.86   | 1,417.14 |       | 196,276.85 |
| 02/11/00 | 02/11/00 | Fee Assessed | 72.89    |        |          | 72.89 | 196,276.85 |
| 03/10/00 | 03/10/00 | Regular Pmt  | 1,500.00 |        | 1,500.00 |       | 196,276.85 |
| 03/13/00 | 03/13/00 | Fee Assessed | 65.93    |        |          | 65.93 | 196,276.85 |
| 04/11/00 | 04/11/00 | Fee Assessed | 74.81    |        |          | 74.81 | 196,276.85 |
| 05/11/00 | 05/11/00 | Fee Assessed | 72.40    |        |          | 72.40 | 196,276.85 |
| 05/24/00 | 05/24/00 | Regular Pmt  | 2,000.00 |        | 2,000.00 |       | 196,276.85 |
| 06/12/00 | 06/12/00 | Regular Pmt  | 1,000.00 |        | 1,000.00 |       | 196,276.85 |
| 06/12/00 | 06/12/00 | Fee Assessed | 76.89    |        |          | 76.89 | 196,276.85 |
| 07/11/00 | 07/11/00 | Regular Pmt  | 750.00   |        | 750.00   |       | 196,276.85 |
| 07/11/00 | 07/11/00 | Fee Assessed | 74.41    |        |          | 74.41 | 196,276.85 |
| 07/26/00 | 07/26/00 | Regular Pmt  | 500.00   |        | 500.00   |       | 196,276.85 |
| 08/01/00 | 08/01/00 | Regular Pmt  | 500.00   |        | 500.00   |       | 196,276.85 |
| 08/11/00 | 08/11/00 | Fee Assessed | 81.04    |        |          | 81.04 | 196,276.85 |
| 08/24/00 | 08/24/00 | Regular Pmt  | 4,677.90 |        | 4,677.90 |       | 196,276.85 |
| 09/11/00 | 09/11/00 | Fee Assessed | 55.13    |        |          | 55.13 | 196,276.85 |
| 10/03/00 | 10/03/00 | Regular Pmt  | 600.00   |        | 600.00   |       | 196,276.85 |
| 10/11/00 | 10/11/00 | Fee Assessed | 78.43    |        |          | 78.43 | 196,276.85 |
| 11/07/00 | 11/07/00 | Regular Pmt  | 4,000.00 |        | 4,000.00 |       | 196,276.85 |
| 11/29/00 | 11/29/00 | Regular Pmt  | 2,000.00 | 87.44  | 1,260.63 |       | 196,189.41 |
| 01/05/01 | 01/08/01 | Regular Pmt  | 1,650.00 | 29.32  | 1,620.68 |       | 196,160.09 |
| 02/06/01 | 02/07/01 | Regular Pmt  | 1,621.00 |        | 1,621.00 |       | 196,160.09 |
| 02/28/01 | 02/28/01 | Regular Pmt  | 1,400.00 | 8.09   | 1,391.91 |       | 196,152.00 |
| 04/03/01 | 04/03/01 | Regular Pmt  | 1,500.00 | 42.08  | 1,457.92 |       | 196,109.92 |
| 05/02/01 | 05/02/01 | Regular Pmt  | 1,500.00 | 89.36  | 1,410.64 |       | 196,020.56 |
| 06/04/01 | 06/04/01 | Regular Pmt  | 1,400.00 | 26.01  | 1,373.99 |       | 195,994.55 |

If you wish to pay off your account, you must obtain current account payoff information. Please call 800.299.BANK

Page 3 of 4

**Bank of America.**

## Account Transaction History

11/29/02

Customer Name – Michael Draman
Account Number – 0051994014249 6

Original Amount
Origination Date 4/4/1997

Maturity Date 12/31/9999
Interest Rate 5.000000

Next Payment Due 12/1/2002

| Effective Date | Posting Date | Transaction Description | Activity Amount | Principal | Interest | Misc/Fees | Balance |
|---|---|---|---|---|---|---|---|
| 07/03/01 | 07/03/01 | Regular Pmt | 1,300.00 | 51.39 | 1,248.61 | | 195,943.16 |
| 07/31/01 | 08/01/01 | Regular Pmt | 1,250.00 | 43.21 | 1,206.79 | | 195,899.95 |
| 09/05/01 | 09/05/01 | Regular Pmt | 1,200.00 | 35.14 | 1,164.86 | | 195,864.81 |
| 10/02/01 | 10/02/01 | Regular Pmt | 1,200.00 | 72.92 | 1,127.08 | | 195,791.89 |
| 11/01/01 | 11/01/01 | Regular Pmt | 1,200.00 | 77.21 | 1,122.79 | | 195,714.68 |
| 12/10/01 | 12/10/01 | Regular Pmt | 925.25 | | 925.25 | | 195,714.68 |
| 01/11/02 | 01/11/02 | Fee Assessed | 47.79 | | | 47.79 | 195,714.68 |
| 01/15/02 | 01/15/02 | Regular Pmt | 1,000.00 | | 1,000.00 | | 195,714.68 |
| 02/04/02 | 02/04/02 | Regular Pmt | 900.00 | 23.76 | 828.45 | | 195,690.92 |
| 03/04/02 | 03/04/02 | Regular Pmt | 751.00 | .31 | 750.69 | | 195,690.61 |
| 04/04/02 | 04/04/02 | Regular Pmt | 831.01 | | 831.01 | | 195,690.61 |
| 05/07/02 | 05/07/02 | Regular Pmt | 805.00 | .79 | 804.21 | | 195,689.82 |
| 06/06/02 | 06/06/02 | Payment | 832.00 | .98 | 831.02 | | 195,688.84 |
| 07/11/02 | 07/11/02 | Fee Assessed | 40.21 | | | 40.21 | 195,688.84 |
| 08/12/02 | 08/12/02 | Fee Assessed | 41.55 | | | 41.55 | 195,688.84 |
| 09/11/02 | 09/11/02 | Fee Assessed | 41.55 | | | 41.55 | 195,688.84 |
| 10/11/02 | 10/11/02 | Fee Assessed | 40.21 | | | 40.21 | 195,688.84 |
| 10/28/02 | 10/28/02 | Charge Off | 195,688.84 | | | | 0.00 |
| | | | 200,489.92 | | 4,637.56 | | |

If you wish to pay off your account, you must obtain current account payoff information. Please call 800.299.BANK