**Bank of America.**

for BANK OF AMERICA, N.A.

Bank of America
PO Box 21846
Greensboro, NC 27420-1846

Fax   336.805.1752
Fax   336.805.1763

11/19/02

MICHAEL DRAMAN
2104 CLIMBING IVY DR

TAMPA, FL 33618

Re:   Account Number:   00519940142496
      Account Balance:  $201,079.67

Dear MICHAEL DRAMAN,

Your debt to BANK OF AMERICA, N.A. has been referred to the Recovery Department for collection because you have defaulted on this obligation. Under the terms of your agreement with BANK OF AMERICA, N.A., we have declared the entire balance due and payable.

You have ten (10) days to voluntarily send the entire balance to this office at the following address:

> BANK OF AMERICA, N.A.
> Payments
> P. O. Box 21846
> Mail Code:  NC4-105-02-77
> Greensboro, NC  27420

If we have not received this entire balance within ten (10) days, we will use any collection means available to obtain payment in full.

Sincerely,

*Jeremy Cecil* (signature)

JEREMY CECIL
RECOVERY ANALYST
800/475-2025,. EXT. 6155

L051

EXHIBIT D


2000-2004
US Olympic Teams