IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * |
| Plaintiff | * |
| v. | *   Civil Action No.: MJG-03-341 |
| MICHAEL DRAMAN, | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF FILING OF LENGTHY EXHIBIT</u>**

Exhibit E, the "Loan Sale Agreement," which is an attachment to the Memorandum of Law in Support of Motion for Summary Judgment of Sinclair Broadcast Group, Inc., an electronic attachment to the Motion for Summary Judgment of Sinclair Broadcast Group, Inc., exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format. I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                                                             /S/
Severn E. S. Miller, Fed. Bar No. 11617
THOMAS & LIBOWITZ, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland 21202
Voice: (410) 752-2468
Fax: (410) 752-2046

Attorney for Plaintiff,
Sinclair Broadcast Group, Inc.