# New Securities Issues

The following were among yesterday's offerings and pricings in U.S. and non-U.S. capital markets, with terms and syndicate manager, based on information provided by Dow Jones Newswires and Factiva. (A basis point is one-hundredth of a percentage point; 100 basis points equals a percentage point.)

## CORPORATE

**Commonwealth Edison**—$395 million of first-mortgage bonds was priced via joint lead managers ABN Amro Securities and Merrill Lynch, according to people familiar with the offering. Terms: maturity: April 15, 2015; coupon: 4.7%; price: 99.653; yield: 4.738%; spread: 93 basis points above Treasurys; call: make-whole call at Treasurys plus 25 basis points; settlement: April 7, 2003 (flat); ratings: A3 (Moody's Investors Service Inc.), single-A-minus (Standard & Poor's Ratings Group).

**Computer Sciences Corp.**—$300 million of notes was priced via joint lead managers J.P. Morgan Chase and Merrill Lynch, according to people familiar with the offering. Terms: maturity: April 15, 2008; coupon: 3.5%; price: 98.966; yield: 3.727%; spread: 100 basis points above Treasurys; call: make-whole call at Treasurys plus 15 basis points; settlement: April 3, 2003 (flat); ratings: A2 (Moody's), single-A (S&P).

**Federal Home Loan Bank System**—$2 billion of global bonds was priced and reopened via joint lead managers ABN Amro Securities and Merrill Lynch, according to FHLB. Terms: maturity: April 15, 2005; coupon: 1.625%; price: 99.989; yield: 1.63%; call: noncallable; settlement: April 2, 2003 (with accrued interest).

**Florida Power & Light**—$500 million of first-mortgage bonds was priced via joint lead managers Bank of America and Wachovia, according to people familiar with the offering. Terms: maturity: April 1, 2034; coupon: 5.625%; price: 99.579; yield: 5.654%; spread: 80 basis points above Treasurys; call: make-whole call at Treasurys plus 20 basis points; settlement: April 4, 2003 (flat); ratings: Aa3 (Moody's), single-A (S&P).

## EQUITY

**A&D Co.**—Initial offering of 2.25 million shares was priced at 800 Japanese yen each. Shares begin trading on the Jasdaq market April 10.

**Village Vanguard Co.**—Initial offering of 2,300 shares was priced at 380,000 Japanese yen each. Shares begin trading on the Jasdaq market April 10.

## GLOBAL

**Kreditanstalt für Wiederaufbau**—1.665 billion Australian dollars of 4.2% bonds due April 10, 2006, at 99.98, via Nomura International. Guarantor Federal Republic of Germany. Fees weren't disclosed.

**Metronet**—£1.03 billion of bonds in four tranches. **Tranche one**: £350 million of 5.305% bonds due March 15, 2032, at 100.003, via Deutsche Bank, Royal Bank of Scotland and UBS Warburg. Spread 73 basis points above 6% December 2028 gilts. Guarantor Ambac Assurance UK. Fees 0.625%. **Tranche two**: £165 million of 2.8756% bonds due March 15, 2032, at 100.001, via Deutsche Bank, Royal Bank of Scotland and UBS Warburg. Spread 80 basis points above 2.5% July 2024 index-linked gilts. Guarantor Financial Security Assurance UK. Fees 0.625%. **Tranche three**: £350 million of 5.309% bonds due March 15, 2032, at 100.003, via Deutsche Bank, Royal Bank of Scotland and UBS Warburg. Spread 73 basis points above the 6% December 2028 gilts. Guarantor Financial Security Assurance UK. Fees 0.625%. **Tranche four**: £165 million of 2.8756% bonds due March 15, 2032, at par, via Deutsche Bank, Royal Bank of Scotland and UBS Warburg. Spread 80 basis points above 2.5% July 2024 index-linked gilts. Guarantor Ambac Assurance UK. Fees 0.625%.

**National Australia Bank**—$500 million of floating-rate notes at London interbank offered rate plus 10 basis points due April 11, 2008, at 99.979, via HSBC and Morgan Stanley. Fees 0.15%.

**Westdeutsche Immobilien Bank**—€250 million of floating-rate notes at three-month euro interbank offered rate plus 10 basis points due April 3, 2006, at 100.06, via CDC. Fees 0.02%.

---

# Money Rates

Monday, March 31, 2003

The key U.S. and foreign annual interest rates below are a guide to general levels but don't always represent actual transactions.

**Commercial Paper**
Yields paid by corporations for short-term financing, typically for daily operation



Source: Federal Reserve

**Prime Rate:** 4.25% (effective 11/07/02).

**Discount Rate:** 2.25% (effective 01/09/03).

**Federal Funds:** 1.500% high, 1.000% low, 1.250% near closing bid, 1.375% offered. Effective rate: 1.38%. Source: Prebon Yamane (USA) Inc. Federal-funds target rate: 1.250% (effective 11/06/02).

**Call Money:** 3.00% (effective 11/07/02).

**Commercial Paper:** Placed directly by General Electric Capital Corp.: 1.23% 30 to 40 days; 1.20% 41 to 74 days; 1.19% 75 to 86 days; 1.05% 87 to 99 days; 1.15% 100 to 177 days; 1.05% 178 to 186 days; 1.15% 187 to 270 days.

**Euro Commercial Paper:** Placed directly by General Electric Capital Corp.: 2.52% 30 days; 2.50% two months; 2.47% three months; 2.44% four months; 2.41% five months;

2.39% six months.

**Dealer Commercial Paper:** High-grade unsecured notes sold through dealers by major corporations: 1.18% 30 days; 1.18% 60 days; 1.18% 90 days.

**Certificates of Deposit:** 1.27% one month; 1.24% three months; 1.29% six months.

**Bankers Acceptances:** 1.25% 30 days; 1.24% 60 days; 1.22% 90 days; 1.22% 120 days; 1.22% 150 days; 1.22% 180 days. Source: Prebon Yamane (USA) Inc.

**Eurodollars:** 1.23% - 1.25% one month; 1.21% - 1.25% two months; 1.20% - 1.21% three months; 1.18% - 1.20% four months; 1.20% - 1.23% five months; 1.20% - 1.23% six months. Source: Prebon Yamane (USA) Inc.

**London Interbank Offered Rates (Libor):** 1.3000% one month; 1.27875% three months; 1.23125% six months; 1.2800% one year. Effective rate for contracts entered into two days from date appearing at top of this column.

**Euro Libor:** 2.57150% one month; 2.52000% three months; 2.43375% six months; 2.39300% one year. Effective rate for contracts entered into two days from date appearing at top of this column.

**Euro Interbank Offered Rates (Euribor):** 2.572% one month; 2.522% three months; 2.435% six months; 2.394% one year. Source: Reuters.

**Foreign Prime Rates:** Canada 4.75%; European Central Bank 2.50%; Japan 1.375%; Switzerland 2.25%; Britain 3.75%.

**Treasury Bills:** Results of the Monday, March 31, 2003, auction of short-term U.S. government bills, sold at a discount from face value in units of $1,000 to $1 million: 1.100% 13 weeks; 1.090% 26 weeks. Tuesday, March 25, 2003 auction: 1.180% 4 weeks.

**Overnight Repurchase Rate:** 1.33%. Source: Garban Intercapital.

**Freddie Mac:** Posted yields on 30-year mortgage commitments. Delivery within 30 days 5.31%, 60 days 5.41%, standard conventional fixed-rate mortgages; 3.625%, 2% rate capped one-year adjustable rate mortgages.

**Fannie Mae:** Posted yields on 30 year mortgage commitments (priced at par) for delivery within 30 days 5.38%, 60 days 5.48%, standard conventional fixed-rate mortgages; 3.15%, 6/2 rate capped one-year adjustable rate mortgages. Constant Maturity Debt Index: 1.179% three months; 1.173% six months; 1.221% one year.

**Merrill Lynch Ready Assets Trust:** 0.84%.

**Consumer Price Index:** February, 183.1, up 3.0% from a year ago. Bureau of Labor Statistics.

**EXHIBIT F**