IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SINCLAIR BROADCAST GROUP, INC.,     *

    Plaintiff     *

v.     *    Civil Action No.: MJG-03-341

MICHAEL DRAMAN,     *

    Defendant     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STATEMENT OF DAMAGES**

| | | |
|---|---|---|
| **12/19/02** | Principal Owed | $195,688.84 |
| | Interest Owed | $6,221.85 |
| | Subtotal: | $201,910.69 |
| **12/20/02 – 4/4/03** | Interest on $201,910.69 for 105 days | $2,613.78 |
| | Outstanding Balance as of 4/4/03 | $204,581.47 |
| **Attorneys' Fees** | 15% of Outstanding Balance | $30,687.67 |
| **Costs** | Filing fee (Circuit Court Baltimore County, Maryland, *see* attached copy) | $100.00 |
| | Service of Process (*see attached* Invoice) | $45.00 |
| | **Total Damages as of 4/4/03:** | **$235,414.14** |

**EXHIBIT G**