IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-03-341 |
| MICHAEL DRAMAN, | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The Motion for Summary Judgment of Plaintiff, Sinclair Broadcast Group, Inc., having come before the Court, upon consideration of said motion, any opposition thereto and any further argument, and good cause having been shown, it is this ____ day of _____, 2003,

ORDERED that judgment be, and hereby is, GRANTED in favor of Plaintiff, Sinclair Broadcast Group, Inc., and against Defendant, Michael Draman, on the claims of the Complaint, and it is further

ORDERED that judgment be, and hereby is ENTERED in favor of Plaintiff, Sinclair Broadcast Group, Inc., and against Defendant, Michael Draman in the amount of $204,581.47, plus additional prejudgment interest on that amount from April 4, 2003 to the date hereof at the rate of 4.5% per annum, plus postjudgment interest at the rate of 4.5% per annum, plus an attorneys' fee of $30,687.67, plus costs of $145.00.

_____
Marvin J. Garbis
United States District Judge