IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * |
| Plaintiff | * |
| v. | *   Civil Action No.: MJG-03-341 |
| MICHAEL DRAMAN, | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE OF DISCOVERY**

I HEREBY CERTIFY that on this 3d day of April, 2003, copies of Plaintiff's First Set of Interrogatories, Plaintiff's First Requests for Admission and Plaintiff's First Request for Production of Documents were hand delivered to Benjamin Rosenberg, Esquire and Lynn E. Ricciardella, Esquire, Rosenberg Proutt Funk & Greenberg, LLP, 25 S. Charles Street, Suite 2115, Baltimore, Maryland 21201, counsel for Plaintiff.

                                                       /S/
                                    Severn E. S. Miller, Fed. Bar No. 11617
THOMAS & LIBOWITZ, P.A.
Suite 1100
100 Light Street
Baltimore, Maryland 21202
Voice: (410) 752-2468
Fax:   (410) 752-2046

Attorneys for Plaintiff,
Sinclair Broadcast Group, Inc.