**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| MICHAEL DRAMAN, | * | Civil Action No.: MJG-03-341 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant, Michael Draman ("Draman"), and Plaintiff, Sinclair Broadcast Group, Inc. ("Sinclair"), by their undersigned counsel, hereby stipulate and agree that the time by which Draman must respond to Sinclair's Motion for Summary Judgment is extended through and until April 24, 2003.

| | |
|---|---|
|       /S/ |       /S/ |
| Benjamin Rosenberg, Fed Bar. #00263 | Severn E.S. Miller, Fed. Bar #11617 |
| Lynn E. Ricciardella, Fed. Bar #25454 | Thomas & Libowitz, P.A. |
| Rosenberg Proutt Funk & Greenberg, LLP | Suite 1100 |
| 25 S. Charles Street, Suite 2115 | 100 Light Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| (410) 727-6600 | (410) 752-2468 |
| (410) 727-1115 (fax) | (410) 752-2046 (fax) |
| | |
| Attorneys for Defendant, | Attorneys for Plaintiff, |
| Michael Draman | Sinclair Broadcast Group, Inc. |