Case 1:03-cv-00341-MJG   Document 16-3   Filed 04/24/2003   Page 1 of 2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

SINCLAIR BROADCAST GROUP, INC.,     *

      Plaintiff,     *

v.     *

MICHAEL DRAMAN,     *    Civil Action No.: MJG-03-341

      Defendant.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Upon consideration of the Plaintiff's Motion for Summary Judgment and Defendant Michael Draman's opposition thereto, it is this ____ day of _____, 2003, by the United States District Court for the District of Maryland, hereby

ORDERED, that the Motion be and hereby is DENIED.

_____
Marvin J. Garbis
United States District Court Judge