IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: MJG-03-341 |
| MICHAEL DRAMAN, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Motion of Sinclair Broadcast Group, Inc. to Permit the Filing of Defendant's Admissions as a Supplement to the Record having come before the Court, upon consideration of said motion, and good cause having been shown, it is this ____ day of _____, 2003,

ORDERED that Plaintiff, Sinclair Broadcast Group, Inc. is permitted to file a copy of Plaintiff's First Requests for Admission as a supplement to the record.

_____
Marvin J. Garbis
United States District Judge