THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| SINCLAIR BROADCAST GROUP, INC., | * | |
| Plaintiff, | * | |
| v. | * | |
| MICHAEL DRAMAN, | * | Civil Action No.: MJG-03-341 |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May, 2003, a copy of Defendant Michael Draman's Response to Plaintiff's First Request for Admissions and this Notice of Service was hand-delivered to:

>Severn E.S. Miller, Esquire
>Thomas & Libowitz, P.A.
>100 Light Street, Suite 1100
>Baltimore, Maryland 21202
>
>Attorneys for Plaintiff,
>Sinclair Broadcast Group, Inc.

>　　　　　　　/S/
>Benjamin Rosenberg, Fed. Bar # 00263
>Lynn E. Ricciardella, Fed. Bar # 25454
>Rosenberg Proutt Funk & Greenberg, LLP
>25 S. Charles Street, Suite 2115
>Baltimore, Maryland 21201
>(410) 727-6600
>(410) 727-1115 (fax)
>
>Attorneys for Defendant,
>Michael Draman

172589.01