IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| SINCLAIR BROADCAST GROUP, INC. | * | |
| Plaintiff | * | |
| v. | * | Civil Action No: MJG-03-341 |
| MICHAEL DRAMAN | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF STAY

Defendant Michael Draman provides notice of the filing of a petition for relief under Chapter 7 of the United States Code on June 4, 2003 in the United States Bankruptcy Court for the District of Maryland, the assignment of Case No: 03-8-0186 to that proceeding, and the application of the automatic stay of Section 362 of the Bankruptcy Code to further proceedings in this case.

Lawrence J. Yumkas, 06357
Rosenberg Proutt Funk & Greenberg, LLP
25 South Charles Street, Suite 2115
Baltimore, Maryland 21201
(410) 727-6600

Attorneys for Michael Draman