IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SINCLAIR BROADCAST GROUP, INC.  *

       Plaintiff              *

       vs.                    * CIVIL ACTION NO. MJG-03-341

MICHAEL DRAMAN                   *

       Defendant              *

*    *    *    *    *    *    *    *    *

ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

It appearing that the Defendant is the Debtor in a bankruptcy proceeding before the United States Bankruptcy Court for the District of Maryland:

1. This case is STAYED pending conclusion of the proceedings before the Bankruptcy Court.

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application of any party hereto (by December 31, 2004) based upon the conclusion of the Bankruptcy Court proceedings or other good cause.

3. The administrative closing of this case shall not affect any rights of the respective parties in this, or any other, proceeding.

4. The Clerk of the Court shall send copies of this Order to all parties or their counsel of record.

SO ORDERED, on Friday, 1 August, 2003.

                                        / s /
                              Marvin J. Garbis
                        United States District Judge